IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMIR FATIR, | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 23-370-CFC-EGT |
| DR. TIMOTHY JOHNS, | ) | |
| Defendant. | ) | |

**ORDER**

At Wilmington on this 31st day of August in 2026, having considered the Report and Recommendation by United States Magistrate Judge Eleanor G. Tennyson filed on August 7, 2026 (D.I. 108), Plaintiff's Objections, (D.I. 110) and Defendant's Response to Plaintiff's Objections (D.I. 114);

It is HEREBY ORDERED that:

1. Plaintiff's Objections (D.I. 110) are **OVERULED** and the Magistrate Judge's Report and Recommendation (D.I. 108) is **ADOPTED**.

2. Plaintiff's motions for injunctive relief (D.I. 74, 77, 89 & 96) are **DENIED**.

Chief Judge