IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMIR FATIR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 23-370-CFC-EGT |
| | ) | |
| DR. TIMOTHY JOHNS, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Pending before me are Plaintiff's objections to the Magistrate Judge's Order and Report and Recommendation (ORR) issued on August 17, 2026 (D.I. 109). D.I. 112. Plaintiff objects to the Magistrate Judge's recommendations in the ORR that I deny Plaintiff's motion for summary judgment (D.I. 66) and grant Defendant's motion for summary judgment (D.I. 82).

I review the Magistrate Judge's findings and recommendations de novo. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b)(3); *Brown v. Astrue*, 649 F.3d 193, 195 (3d Cir. 2011).

I agree with the Magistrate Judge's analysis and conclusions in full. The objections are without merit.

NOW THEREFORE, at Wilmington on this Eighth Day of September in 2026, it is HEREBY ORDERED that:

1. Defendant's Objections to the Magistrate Judge's Report and Recommendation (D.I. 112) are OVERRULED;
2. The Order and Report and Recommendation (D.I. 109) is ADOPTED;
3. Plaintiff's motion for summary judgment (D.I. 66) is DENIED.
4. Defendant's motion for summary judgment (D.I. 82) is GRANTED.
5. Judgment is ENTERED in Defendant's favor.
6. The Clerk of the Court is DIRECTED to CLOSE the case.

UNITED STATES DISTRICT JUDGE